# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO.: 3:09CR32-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>vs. )<br> )     **ORDER**<br>RONECA CHARNEE WHITE, )<br>Defendant. )<br> )<br> ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* to clarify the status of Defendant's legal representation. The docket in the case reflects that attorney Claire Rauscher has represented the Defendant by court appointment since March 12, 2009. Ms. Rauscher was formerly the Federal Defender for this district, but she recently left that position to enter the private practice of law with the firm of Womble Carlyle. While the Court is informed that Ms. Rauscher is not technically a current member of the district's CJA Panel, the Court observes that it makes great practical sense for Ms. Rauscher to continue as the Defendant's appointed counsel through the conclusion of this matter. Ms. Rauscher after all has served as the Defendant's lawyer for over two years now, and it appears that the matter is pending sentencing.

**IT IS THEREFORE ORDERED** that Ms. Claire Rauscher of the firm Womble Carlyle is appointed to continue her representation of the Defendant through the conclusion of this case.

**SO ORDERED**.

Signed: June 29, 2011

David C. Keesler
United States Magistrate Judge