# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:09-CR-00032-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RONECA CHARNEE WHITE, )<br>)<br>Defendant. )<br>)<br>and )<br>)<br>TEACHERS INSURANCE AND )<br>ANNUITY ASSOCIATON OF )<br>AMERICA, )<br>)<br>Garnishee. | **ORDER** |

**THIS MATTER** is before the Court on the "Unopposed Motion to Stay Order of Continuing Writ of Garnishment by TIAA until after Further Court Determination" (document # 171) filed November 21, 2016. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: November 21, 2016

David S. Cayer
United States Magistrate Judge