IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CR-00032-FDW-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> v. <br><br> RONECA CHARNEE WHITE, Defendant, <br><br> and <br><br> TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, Garnishee. | **ORDER** |

**UPON MOTION** of the United States of America, for the reasons stated therein and for good cause shown, it is **ORDERED** that the Order of Continuing Garnishment (Doc. No. 184) filed in this case on April 6, 2017, against Defendant, Roneca Charnee White, as to the Garnishee is **DISMISSED**.

**SO ORDERED**.

Signed: August 14, 2024

_____
Susan C. Rodriguez
United States Magistrate Judge